IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DWAYNE ALMOND,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

v.                                               Case No. 14-cv-05-bbc

WILLIAM POLLARD, PAUL SUMNICHT,
AMY SCHRAUFNGED, S. JACKSON,
ANGLIA KROLL, DAVID BURNETT,
SCOTT HOFTIEZER, JIM GREER,
MARY MUSE, BELINDA SCHRUBBE
and OFFICIAL JONES,

    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff leave to proceed and dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

| /s/ | 4/22/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |